[No. 15155-0-I.   Division One.   March 9, 1987.]

KEYSTONE CONSTRUCTION COMPANY, INC., *Respondent*, v.
LAKESIDE INDUSTRIES, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 83-2-08469-3, James A. Noe, J., entered July

19, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Swanson, J.